## SMITH *v.* HEYNS.

[No. 11,344. Filed October 6, 1922.]

JUDGMENT.—*Default.*—*Setting Aside.*—*Excusable Neglect.*—*Negligence of Attorney.*—Failure of an attorney without excuse to appear is not ground for setting aside a default and judgment against his client.

From Vanderburgh Superior Court; *Robert J. Tracewell,* Judge.

Action by William Heyns against Otto L. Smith, in which there was a default judgment for plaintiff. From an order overruling a motion to set aside the judgment, the defendant appeals. *Affirmed.*

*A. E. Gore* and *Lindsey & Lindsey,* for appellant.
*W. D. Hardy,* for appellee.

NICHOLS, P. J.—This appeal is from a ruling of the court against appellant on his application to set aside a default and judgment in ejectment against him resulting from the negligence of appellant's attorney in failing to appear for him. No excuse whatever is given for the attorney's failure to appear. That such failure is not a sufficient reason for setting aside a default and judgment, see *Moore* v. *Horner* (1896), 146 Ind. 287, 45 N. E. 341; *Heaton* v. *Peterson* (1892), 6 Ind. App. 1, 31 N. E. 1133; *Harlow* v. *First Nat. Bank* (1902), 30 Ind. App. 160, 173, 65 N. E. 603; *Baltimore, etc., R. Co.* v. *Ryan* (1903), 31 Ind. App. 597, 68 N. E. 923; *Mutual*

*Reserve Life Ins. Co.* v. *Ross* (1908), 42 Ind. App. 621, 86 N. E. 506; *Vapinski* v. *Tosetti* (1913), 53 Ind. App. 547, 102 N. E. 51.

Judgment affirmed.